UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **SHRONDREY ARRINGTON,** | 2:21-CV-12433-TGB-DRG |
| Plaintiff, | |
| vs. | **ORDER ADOPTING REPORT AND RECOMMENDATION (ECF NO. 27)** |
| **DEPUTY BOOSE, et al.,** | |
| Defendants. | |

This matter is before the Court on Magistrate Judge David R. Grand's June 13, 2022 Report and Recommendation (ECF No. 27), recommending Defendant "Nurse Ashely" be dismissed without prejudice from the case under Fed. R. Civ. P. 41(b) due to Plaintiff's failure to provide an address for service and respond to a show cause order.

The Court has reviewed the Magistrate Judge's Report and Recommendation and finds that it is well-reasoned and supported by the applicable law. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of the report and recommendation. 28 U.S.C. § 636(b)(1). The district court will make a "de novo determination of those portions of the report . . . to which objection is made." *Id*. Where, as here, neither party objects

1

to the report, the district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149-52 (1985). The Court will, therefore, accept the Magistrate Judge's Report and Recommendation of June 13, 2022, as this Court's findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Magistrate Judge Grand's Report and Recommendation of June 13, 2022 (ECF No. 27) is **ACCEPTED** and **ADOPTED**. The Complaint is **DISMISSED WITHOUT PREJUDICE** as to Nurse Ashley, and the Clerk's Office is requested to terminate her as a Defendant.

**SO ORDERED** this 12th day of July, 2022.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge